SCOTT N. SCHOOLS (SCBN 0999)
United States Attorney

BRIAN J. STRETCH (CSBN 16393)
Chief, Criminal Division

BARBARA BRENNAN SILANO (MASSBAR 055540)
Assistant United States Attorney

450 Golden Gate Avenue
San Francisco, Ca. 94102
Tel: (415) 436-7223

Attorneys for Plaintiff

ORIGINAL

FILED
OCT 2 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) No. CR- 07-0645 MMC |
| Plaintiff, | ) APPLICATION TO UNSEAL |
| v. | ) SAN FRANCISCO VENUE |
| IN RE COURT AUTHORIZED ELECTRONIC SURVEILLANCE | ) |

The United States hereby applies for an Order unsealing the following applications and orders authorizing electronic surveillance, interim reports, sealing orders, and motions and orders to postpone inventories in the cases as follows:

| August 18, 2006: CR 06-90331 MISC- PJH |
| October 24, 2006: CR 06-90331 MISC-PJH |
| February 12, 2007: CR 06-90331- PJH |
| May 7, 2007: CR 06-90331 MISC-PJH |
| August 14, 2007: CR 06-90331 MISC-PJH |

The unsealing is necessary in order to provide discovery to the defendants apprehended in the case of United States v. Williams, CR 07-0645 MMC on October 24, 2007.

UNSEALING APPLICATION AND ORDER

1 | DATED: October 24, 2007             Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

BARBARA BRENNAN SILANO
Assistant United States Attorney

UNSEALING APPLICATION AND ORDER