AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court
## Northern District of California

UNITED STATES OF AMERICA,

V.

## WARRANT FOR ARREST

Alfredo Gonzales Govea aka Jomito

To: The United States Marshal
   and any Authorized United States Officer

CR 07-645 MMC

YOU ARE HEREBY COMMANDED to arrest <u>Alfredo Gonzales Govea</u>

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

(X) Indictment   () Information   () Complaint
() Order of Court   () Violation Notice   () Probation Violation Petition

charging him or her with 21:846,841(b)(1)(A)(I), 18:2 possession with intent to distribute and to distribute heroin, possession with intent to distribute and distribute controlled substance 21:853

in violation of Title ___See above___ United States Code, Section(s) ___

           ___Deputy Clerk___
           Title of Issuing Officer

_____
Signature of Issuing Officer

          ___San Francisco 10/11/07___
          Date and Location

Bail fixed at $ _no bail_____ by ___Edward Chen, U.S. Magistrate Judge___
                                 Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at 2661 PARKER AVE, Oakland, CA |

| Date received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 10/24/2007 | Curt Conner, TFO-DEA | 5657 |