JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

KIRSTIN M. AULT (CABN 206052)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6940
    Facsimile: (415) 436-7234
    E-mail: kirstin.ault@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WILLIAMS ET. AL, ) <br> ) <br>     Defendant. ) <br> ) | No.   CR 07-00645 MMC <br><br> NOTICE OF CHANGE OF COUNSEL |

    The United States Attorney's Office hereby files this Notice of Change of Counsel to advise the court that Assistant United States Attorney ("AUSA") Andrew Scoble is no longer assigned to this case. Accordingly, AUSA Andrew Scoble (andrew.scoble@usdoj.gov) should be removed from the list of persons to be noticed.

DATED:_____1/18/08_____            _____/s/_____
                                                               KIRSTIN M. AULT
                                                               Assistant United States Attorney