UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: March 12, 2008

Case No. CR-07-0645 MMC                    JUDGE:     **Maxine M. Chesney**

Ronald Williams(cust); Barry Samuel (cust);
Jose Juan Penaloza-Hilario (cust);*
Eleazar Mora-Arciga (cust)*; Salvador Ortega(cust);
Samuel Aranda (cust); Erika Manzo (cust)*;
Javier Ulises Zamora-Hernandez (cust);
Michael Joseph Silva (cust); Alfredo Gonzales Govea (cust)*;
Sarah Aranda Ropati; Ronald Lee Hines (cust);
Larry Bishop; Jose Antonio Camacho-Mendez (cust)*;
Cesar Ramirez-Chavira (cust)*; Edward Moore (cust);
Miguel Ramirez (cust)

_____                    Present (X) Not Present (  ) In Custody (X)
                DEFENDANT

                                                     Ron Tyler (Williams); Richard Mazer (Samuel);
                                                     Richard Tamor for Wiilliam DuBois Hilario);
                                                     Randall Knox (Arciga) Henry Schaefer for
                                                     Michael Stepanian (Ortega); Mary McNamara for
                                                     Lidia Stiglich (S. Aranda); Ethan Balogh (Manzo);
                                                     Mary McNamara (Zamora-Hernandez); Jeffry Glenn
                                                     For George Boisseau (Silva); Jeffry Glenn (Govea);
                                                     Ian Loveseth (Ropati); Ian Loveseth for Geoffrey
                                                     Rotwein (Hines); Tony Brass (Bishop);
                                                     Nicholas Reyes (Camacho-Mendez);
                                                     Martha Boersch (Ramirez-Chavira);
                                                     John Jordan (Moore); Shana Keating (M. Ramirez)

Barbara Silano and Kirstin Ault                      _____
        U.S. ATTORNEY(S)                             ATTORNEY(s)  FOR DEFENDANT(s)


Deputy Clerk: Tracy Lucero                           Reporter: Belle Ball

Spanish Interpreter: Melinda Basker


**PROCEEDINGS**

REASON FOR HEARING   Further Status/ Trial Setting Conference


RESULT OF HEARING    All counsel agree to a continuance to May 14, 2008.
                     Defendants' Exparte application re: MP3 players - Granted,
                     Orders signed in open court.

Government's motion for Judgment on Forfeiture of Bond
(As to Defendant Carlos Guerrero-Elenes) - Court directed
Government counsel to serve notice to sureties and then
Re-notice the motion.
Defense counsel reviewing discovery provided - Government will
Be providing additional discovery materials to defense.


Case continued to May 14, 2008  at 2:00 p.m.   for Further Status/Motion Setting Conference
(Courtroom #4, 17th Floor).
Case continued to _____ for Motions.
(Motion due _____, Opposition due  _____, Reply Due _____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: _____day(s)
Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) Complexity  Begins 3/12/08   Ends 5/14/08

////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////////