UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: May 14, 2008

Case No. CR-07-0645 MMC                    JUDGE:    **Maxine M. Chesney**

Ronald Williams(cust); Barry Samuel (cust);
Jose Juan Penaloza-Hilario (cust);*
Eleazar Mora-Arciga (cust)*; Salvador Ortega(cust);
Samuel Aranda (cust); Erika Manzo (cust)*;
Javier Ulises Zamora-Hernandez (cust);
Michael Joseph Silva (cust); Alfredo Gonzales Govea (cust)*;
Larry Bishop; Jose Antonio Camacho-Mendez (cust)*;
Cesar Ramirez-Chavira (cust)*; Miguel Ramirez (cust)

_____          Present (X) Not Present (  ) In Custody (X)
            DEFENDANT

                                         Ron Tyler (Williams); Richard Mazer (Samuel);
                                         Richard Tamor for Wiilliam DuBois Hilario);
                                         Randall Knox (Arciga) Henry Schaefer for
                                         Michael Stepanian (Ortega); Lidia Stiglich (S.
                                         Aranda); Martha Boersch for  Ethan Balogh (Manzo);
                                         Mary McNamara (Zamora-Hernandez); Richard
                                         Tamor For George Boisseau (Silva); Ron Tyler
                                         forJeffry Glenn (Govea); Tony Brass (Bishop);
                                         Nicholas Reyes (Camacho-Mendez); Martha Boersch
                                         (Ramirez-Chavira); Shana Keating (M. Ramirez)

Barbara Silano and Kirstin Ault          _____
        U.S. ATTORNEY(S)                 ATTORNEY(s)  FOR DEFENDANT(s)


Deputy Clerk: Tracy Lucero               Reporter: Katherine Powell

Spanish Interpreter: Melinda Basker


**PROCEEDINGS**

REASON FOR HEARING  Further Status/ Motion Setting Conference


RESULT OF HEARING   AUSA Kirstin Ault informed the Court that there are currently
                    9 outstanding plea proposals and that all discovery has been
                    Given to defendants. Court informed counsel that the Court would
                    Be available on June 18, 2008 at 10:00 a.m. for Change of Plea(s)

Case continued to <u>June 25, 2008 at  2:00 p.m.</u>    for Further Status/Motion Setting Conference
(Courtroom #4, 17th Floor).

Case continued to _____ for Motions.

(Motion due _____, Opposition due _____, Reply Due _____)

Case continued to _____ for Pretrial.

Case continued to _____ for Trial. (Court/Jury: _____day(s)

Case continued to _____ for _____

////////////////////////////////////////////////////////////////////////////////////////////////////////////////

EXCLUDABLE DELAY (Category) <u>Complexity</u>  Begins <u>5/14/08</u>   Ends <u>6/25/2008</u>

////////////////////////////////////////////////////////////////////////////////////////////////////////////////