UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | No. CR- 07-0645 MMC |
|---|---|---|
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER TO CONTINUE |
| v. | ) | SENTENCE DATE |
| | ) | |
| ALFREDO GOVEA, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

Upon stipulation of the parties , and good cause appearing, IT IS ORDERED THAT, the ~~sentence~~ sentencing presently set for February 25, 2009, at 2:30 p.m. is hereby continued to 2:30 p.m. on July ~~8~~ 15, 2009.

Date: February 17, 2009

HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

ORDER 3