UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR- 07-0645 MMC |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER TO CONTINUE |
| v. | ) | SENTENCE DATE |
| | ) | |
| ALFREDO GOVEA, | ) | SAN FRANCISCO VENUE |
| Defendant. | ) | |

Upon stipulation of the parties , and good cause appearing, IT IS ORDERED THAT, the sentence presently set for July 8, 2009 at 2:30 p.m. is hereby continued to 2:30 p.m. on September 23, 2009.

Date: June 4, 2009

*signature*
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT COURT JUDGE

ORDER    3