JEFFRY GLENN, SBN 47357
BERMAN, GLENN & HAIGHT
5 Third Street, The Hearst Building, Suite 1100
San Francisco, CA 94103
Telephone: (415) 495-3950
Fax: (415) 495-6900
e-mail: sflawyers@earthlink.net

Attorneys for Defendant:
ALFREDO GOVEA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR 07-00645 MMC |
| ) Plaintiff, ) | |
| ) v. ) | **STIPULATION AND [PROPOSED]** |
| ) ALFREDO GOVEA, ) | **ORDER CONTINUING** SEPTEMBER 30, 2009 SENTENCING |
| ) Defendant. ) | HEARING TO OCTOBER 14, 2009 |
| _____ ) | |

   The Defendant in the above-captioned case, through his counsel of record, hereby makes the stipulated request to continue the date of the Sentencing currently scheduled for September 30, 2009 at 2:30 p.m. Counsel for the Defendant is in the process of obtaining additional information relative to the sentencing. A reasonable continuance will enable Defendant to complete his preparation for Sentencing.

   The parties have therefore mutually agreed that the Sentencing should be continued until October 14, 2009 at 2:30 p.m.

//

//

//

//

//

[STIPULATION AND ORDER CONTINUING]
[CR 07-00645 MMC]

**IT IS SO STIPULATED,**

Date: September 21, 2009						BERMAN, GLENN & HAIGHT


							By: _____/s/_____
							Jeffry Glenn (SBN 47357)
							BERMAN, GLENN & HAIGHT
							Attorney for Defendant,
							Alfredo Govea


Date: September 21, 2009						BARBARA SILANO


							By: _____/s/_____
							Barbara Silano (CABN 055540)
							ASSISTANT UNITED STATES ATTORNEY




**ORDER**

GOOD CAUSE appearing, it is hereby ordered that the Sentencing currently scheduled for September 30, 2009 at 2:30 p.m. will be continued to October 14, 2009 at 2:30 p.m.


Date: __September 24__, 2009			By: /s/ Maxine M. Chesney
							THE HON. MAXINE M. CHESNEY
							United States District Court Judge

[STIPULATION AND ORDER CONTINUING]
[CR 07-00645 MMC]