IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ALFREDO GOVEA-AMBRIZ,

    Defendant.
                                       /

No. CR 07-645 MMC

**ORDER RE: PETITION**

      Before the Court is the Petition for Federal Revocation and Sentence, filed October 24, 2012 by defendant Alfredo Govea-Ambriz. On January 3, 2013, the government filed an Opposition, arguing the petition is premature as "[n]o Form 12 has yet to be filed" in this district. (See Opp'n at 2:7-8.)

      Unbeknownst to the government, however, a Form 12 alleging a violation of supervised release had been filed under seal on March 12, 2012, and a sealed warrant has been issued based thereon.

      Further, because the above-referenced documents were filed under seal, defendant's counsel of record in the above-titled action apparently was unaware his client had petitioned the Court.

      Given such circumstances:

      1. The Clerk of Court is hereby DIRECTED to serve on defendant's counsel the Petition and Opposition; in addition, the Clerk shall serve on counsel for both parties a copy

of the Form 12.[1]

2. Defendant's counsel shall file, no later than February 13, 2013, any supplemental briefing relative to the Petition.

3. The Government shall file, no later than February 27, 2013, any supplemental opposition or other response.

4. Any reply thereto shall be filed no later than March 6, 2013, on which date, unless otherwise ordered, the matter will stand submitted.

**IT IS SO ORDERED.**

Dated: January 18, 2013

_____
MAXINE M. CHESNEY
United States District Judge

---

[1] The United States Probation Office has no objection to such disclosure, as a federal hold has been placed on defendant.