IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-07-0645 MMC |
| Plaintiff, | **RELEASE ORDER** |
| v. | |
| ALFREDO GONZALES GOVEA, | |
| Defendant. / | |

Defendant Alfredo Gonzales Govea, having admitted Charge 1 of the Petition filed March 1, 2012, and, on the joint recommendation of the parties, having been continued on supervised release under the conditions initially imposed, is hereby ordered released from custody in the above-titled action.

**IT IS SO ORDERED.**

Dated: September 10, 2013

_____
MAXINE M. CHESNEY
United States District Judge